Hon. Lauren King

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| Carolyne Tindall,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Acima Digital, LLC f/k/a Simple Leasing and Experian Information Solutions, Inc.<br><br>　　　　　　Defendants. | Case No. 2:23-cv-00842-LK<br><br>**NOTICE OF SETTLEMENT AS TO ACIMA DIGITAL, LLC F/K/A SIMPLE LEASING** |

Now comes the Plaintiff Carolyne Tindall by and through counsel, to provide notice to the Court that the present cause has been settled between the Plaintiff and Acima Digital, LLC f/k/a Simple Leasing, and state:

1. A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiff has received the consideration required pursuant to the Agreement, the parties will submit a Notice of Voluntary Dismissal *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

Notice of Settlement

CASE NO: 2:23-cv-00842-LK

SANDERS LAW GROUP

333 Earle Ovington Blvd, Suite 402

Tel: (516) 203-7600

51101359 v1

1

2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences as they pertain to Acima Digital, LLC f/k/a/ Simple Leasing, only.

3. We respectfully request the Court provide that the parties may seek to reopen the matter for forty-five (45) days to assure that the Agreement is executed and all terms of settlement have been consummated.

Dated: June 30, 2023

**SANDERS LAW GROUP**

By:  /s/ *Craig B. Sanders*
Craig B. Sanders, Esq. WSBA #46986
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
File No.: 127846
*Attorneys for Plaintiff*

**ACIMA DIGITAL, LLC**

By: /s/ *Allyson R. Mancuso*
Allyson R. Mancuso, Esq. WSBA #60686
420 N 20th St, Suite 3400
Birmingham, Alabama 35203
Email: amancuso@burr.com *Attorneys for Defendant*

Notice of Settlement

CASE NO: 2:23-cv-00842-LK

SANDERS LAW GROUP

333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553

Tel: (516) 203-7600

51101359 v1

3

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on June 30, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

Dated: June 30, 2023

*/s Craig B. Sanders*
Craig Sanders, WSBA #46986

Notice of Settlement

CASE NO: 2:23-cv-00842-LK

51101359 v1

4

SANDERS LAW GROUP

333 Earle Ovington Blvd, Suite 402

Tel: (516) 203-7600